**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **HILO ENTERPRISES, LLC**, a Virginia limited liability company, derivatively on behalf of **Hilo 8A JV, LLC**, a Virginia limited liability company, *et al.* <br><br> v. <br><br> **JBW Group LLC**, *et al.* <br><br> Defendants. | Case No. 1:24-cv-1576-PTG-IDD |

## STIPULATION OF DISMISSAL

The Plaintiff Hilo Enterprises, LLC, et al. ("Plaintiff"), and the Defendants, JBW Group, LLC, Stratton Design Build, LLC, Jonathan Stratton, Alberto Murieta, and Marrs Construction, Inc. ("the Defendants"), by counsel, constituting all the remaining parties in this action, hereby stipulate to the Dismissal, with prejudice, of this action in its entirety pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,
Hilo Enterprises, LLC, et al.
By Counsel

1

/s/ Nicholas J. Gehrig
Nicholas J. Gehrig (VSB No. 19086)
BEAN, KINNEY & KORMAN, PC
2311 Wilson Blvd., Ste. 500
Arlington, VA 22201
Tel.: (703) 525-4000
Fax: (703) 525-2207
ngehrig@beankinney.com
*Counsel for Plaintiff*

/s/ Nathan D. Baney
Danielle D. Giroux (VSB No. 45401)
Nathan D. Baney (VSB No. 75935)
HARMAN, CLAYTOR, CORRIGAN &
WELLMAN
1900 Duke St., Ste. 210
Alexandria, VA 22314
Tel: (804)747-5200
Fax: (804)747-6085
dgiroux@hccw.com
nbaney@hccw.com
*Counsel for Defendants Stratton Design
Build, LLC and Jonathan Stratton*

/s/ Jeffrey S. Poretz
Jeffrey S. Poretz (VSB No. 38529)
MILES & STOCKBRIDGE PC
1751 Pinnacle Dr
Suite 1500
Tysons Corner, VA 22102-3833
(703) 903-9000
Fax: 703-610-8686
Email: jporetz@milesstockbridge.com
*Counsel for JBW Group, LLC*

/s/ Carl Dewayne Lonas
Carl Dewayne Lonas
MORAN REEVES CONN PC
1211 E. Cary Street
Richmond, VA 23219
(804) 421-6250
Fax: 804-421-6251
Email: dlonas@moranreevesconn.com
*Counsel for Alberto Murietta*

2

<u>/s/ Kevin Bryan Bedell</u>
Kevin Bryan Bedell (VSB No. 30314)
1309 Capulet Court
McLean, VA 22102
703-963-6118
Email: kbbedell@outlook.com
*Counsel for Marrs Construction, Inc.*